

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 04-0213 RSWL |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Marlon Dyer, ) | |
| Defendant. ) | |

 The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist of Cal._ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

 The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

 The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _lack of b-il resources; alleged offense_

1
2
3
4            and/or
5  B.   (✓) The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
9        on: _alleged offense_____
10
11
12
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: _2/23/09_____
18
19                                         _____/s/_____
20                                         UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2